V#1016 #129022
FILED
2010 OCT 29 PM 3:17
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

|   |   |
|---|---|
| IN RE: | * CASE NO. 09-38074-S |
|   | * JUDGE RICHARD L. SPEER |
| LESLIE NICOLE WATTER | * William L. Swope, Trustee |
|   | * 221 South Main Street |
|   | * Findlay, OH 45840 |
|   | * (419) 422-0288 |
|   | * Sup. Ct. #0029538 |

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Debt Recovery Solutions of Ohio<br>P.O. Box 1307<br>Mansfield, OH 44901 | $ 1.40 |
| Max Denton, DC<br>520 East Center Street<br>Marion, OH 43302 | $ 2.79 |
|   | $ 4.19 |

A check for $4.19 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: October 26, 2010

William L. Swope
Trustee